**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paula Cameo HARRIS, aka, Seal**
**B, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Paul H. Richards, II, aka, Seal**
**A, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Bevan Atlee Thomas, aka, Seal**
**C, Defendant–Appellant.**

Nos. 06–50194, 06–50200, 06–50225.

United States Court of Appeals,
Ninth Circuit.

July 19, 2010.

Bruce Hamilton Searby, Assistant U.S. Attorney, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn Ann Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: TROTT, KLEINFELD and IKUTA, Circuit Judges.

ORDER

ON REMAND FROM THE UNITED
STATES SUPREME COURT

The judgment of this court,

Disposition filed 02/27/10, is vacated and the case is REMANDED to the district court for further consideration in light of *Skilling v. United States*, 561 U.S. ——, 130 S.Ct. 2896, 177 L.Ed.2d 619 (2010).

It is so ORDERED.